IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00959-CBS

DAVID RICHARDSON, and
NANCY BENSON,
    Plaintiffs,

v.

HARTFORD ACCIDENT AND INDEMNITY COMPANY,
    Defendant.

## ORDER DISMISSING CASE WITH PREJUDICE

The court having reviewed Plaintiffs' Notice of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) and being fully advised in the premises, IT IS ORDERED that this civil action is dismissed with prejudice, with each party to pay his, her, or its own attorney's fees and costs.

Dated at Denver, Colorado this 6th day of June, 2014.

                BY THE COURT:

                s/Craig B. Shaffer
                United States Magistrate Judge